## H. J. KITCHENS v. THE STATE.

#### No. 6553.   Decided January 11, 1922.

#### Intoxicating Liquors—Possession of Equipment—Repeal of Law.

The effect of the repeal of the law of possession of equipment for the manufacture of intoxicating liquors, etc., abates the prosecution in the instant case. Following Cox v. State, 90 Texas Crim. Rep., 256, 234 S. W. Rep., 531.

Appeal from the District Court of Milam. Tried below before the Honorable John Watson.

Appeal from a conviction of unlawful possession of equipment for the·manufacture of intoxicating liquor; penalty, one year imprisonment in the penitentiary.

*U. S. Hearrell,* for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful possession of equipment for the manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

The phase of the statute upon which the prosecution is founded was repealed by the Act of.the Thirty-sixth Legislature, Second Called Session, chapter 78, page 229. The effect of its repeal was to abate the prosecution. This is in consequence of Article 16 of the Penal Code.

The point is decided in Cox v. State, 90 Texas Crim. Rep., 256, 234 S. W: Rep., 531, and Petit 1. State, 90 Texas Crim. Rep., 336, No. 6510, not yet reported.

The judgment is reversed and ·the prosecution ordered dismissed.

*Reversed and dismissed.*